PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

FILED

05 APR 25  AM 11:

ROBERT R. DI  CLIO
CLERK, U.S. DI    CT.
W.D. OF TN, MEMPHIS

## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

U.S.A. vs. **CLIFTON QUALLS**                                    Docket No.  **2:97CR20098-004**

### Petition on Probation and Supervised Release

**COMES NOW __MARNIE KLYMAN__ PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Clifton Qualls__ who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at __Memphis, TN__ on the 30th day of June, 1998 who fixed the period of supervision at three (3)years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall submit to drug testing and treatment as directed by the probation office.

2.    The defendant shall provide full financial disclosure as directed by the probation office.

3.    The defendant shall make  restitution in the amount of $18,031.00 ($17,846.00 remaining balance).

*Term of Supervised Release began November 25, 2003.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

After reviewing Mr. Qualls' monthly income and monthly necessary expenses, the probation office has determined that 10% of his monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Clifton Qualls' restitution payments be set at ten (10%) percent of his monthly gross income.

### ORDER OF COURT

Considered and ordered this 25 day
of April , 2005 and ordered filed and
made a part of the records in the above case.

_United States District Judge_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

**Respectfully,**

Marnie Klyman
U.S. Probation Officer

**Place** Memphis, Tennessee

**Date** April 12, 2005

124

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:97-CR-20098 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT